# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| ZANE R. CRADDOCK, | ) |
|---|---|
| Petitioner, | ) |
| vs. | ) Case No. CIV-14-0245-F |
| JIM FARRIS, | ) |
| Respondent. | ) |

## ORDER

The Report and Recommendation found that petitioner should be required to pay the $5.00 filing fee. Doc. no. 7. Petitioner has now paid the filing fee. Doc. no. 8. The Report and Recommendation is **ADOPTED** insofar as it recommends denial of petitioner's motion to proceed in forma pauperis, and petitioner's motion is **DENIED**. Doc. no. 6. As the filing fee has been paid, this matter remains referred to the magistrate judge for all purposes consistent with the original referral.

Dated this 16th day of April, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0245p001.wpd