# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

ZANE R. CRADDOCK, )
)
    Petitioner, )
)
vs. ) Case No. CIV-14-0245-F
)
JIM FARRIS, Warden, )
)
    Respondent. )

## ORDER

Petitioner seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241, arguing that prison officials refused to credit his sentences with time served in county jail. On June 17, 2014, Magistrate Judge Suzanne Mitchell filed a Report and Recommendation (the Report), recommending a finding that the petition is moot and that the action should be dismissed on that ground. Doc. no. 13. The Report advised the petitioner of his right to object and that failure to make timely objection to the Report waives the right to appellate review of both factual and legal issues contained in the suggested ruling. Petitioner did not file an objection or ask for an extension of time within which to object.[1]

Upon review, and with no objection having been filed, the court concludes that it agrees with the Magistrate Judge and that no purpose would be served by any further analysis here. The court hereby **ADOPTS**, **ACCEPTS** and **AFFIRMS** the Report of the Magistrate Judge. The petition for writ of habeas corpus pursuant to

---

[1] The Report was mailed to petiioner, but it was returned as undeliverable. Doc. no. 14.

§ 2241 is moot. This action is **DISMISSED** on that ground. A certificate of appealability is **DENIED**.

Dated this 8th day of July, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-0245p002.wpd